UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORRIS SPENCER,

                Plaintiff,

   - against -

REVOLUTION FOODS, INC.,

                Defendant.

22-cv-9982 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 19, 2023.

SO ORDERED.

Dated:    New York, New York
            January 3, 2023

                                              John G. Koeltl
                                        United States District Judge